IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS JAMES SMITH,

    Petitioner,  No. 2:10-cv-0832-MCE-JFM (HC)

  vs.

S. M. SALINAS, Warden, et al.,

    Respondents.  ORDER
_____/

      Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

      By order filed April 16, 2010, respondents were directed to answer the petition and to include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Order filed April 16, 2010 at 1. On June 28, 2010, respondents filed an answer to the petition accompanied by several exhibits. In a footnote in the answer, respondents indicated that they would submit their informal response to petitioner's state superior court habeas corpus petition and petitioner's informal reply when those documents were retrieved. See Answer filed June 28, 2010, at 2 n.2. On November 22, 2010, respondents submitted these additional documents. On December 10, 2010, petitioner filed a document styled as a motion to dismiss, apparently seeking to strike these documents from the

1  record.  The submission of these documents is in accord with this court's April 16, 2010 order.
2  Petitioner's motion is without merit and will be denied.
3        In accordance with the above, IT IS HEREBY ORDERED that petitioner's
4  December 10, 2010 motion is denied.
5  DATED: June 20, 2011.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
smit0832.o